**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/05/2017

IN RE:

| | |
|---|---|
| WILLIAM J. CRYTZER, JR.<br>RAMONA C. CRYTZER<br>1432 CONNELLSVILLE ROAD<br>LEMONT FURNACE, PA  15456<br>XXX-XX-4736          Debtor(s)<br><br>XXX-XX-7636 | Case No.15-20263 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/5/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | CRED DESC / Account |
|---|---|---|
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:1-2<br>CLAIM:  0.00<br>COMMENT:  RS/DOE*SURR/PL*AMD CL=0*W/28 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5810 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>PO BOX 62182<br>BALTIMORE, MD  21264-2182 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 2/15 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  7285 |
| **RBS CITIZENS NA(*)**<br>1 CITIZENS DRIVE<br>MAILSTOP ROP15B<br>RIVERSIDE, RI  02915 | Trustee Claim Number:3   INT %:  2.87%<br>Court Claim Number:9<br>CLAIM:  1,680.58<br>COMMENT:  PMTS PROPER/CONF*SURR/PL*15953.12/CL*DKT | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  2076 |
| **BANK OF AMERICA NA****<br>POB 26012<br>NC4-105-02-77<br>GREENSBORO, NC  27410 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3701 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  996.41<br>COMMENT:  CABELAS*FR WFB-DOC 45 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2084 |
| **CHASE++**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4785 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  748.82<br>COMMENT:  SYNCHRONY BANK~DICKS DUAL CARD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5706 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  3,141.09<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1405 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  925.03<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3120 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3120 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **DISCOVER PERSONAL LOANS**\*\*<br>POB 6105<br><br>CAROL STREAM, IL  60197-6105 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 16,107.90<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0019 |
| **FIRST NIAGARA BANK**<br>POB 514<br>6950 S TRANSIT RD<br><br>LOCKPORT, NY  14095 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 938.74<br>COMMENT: 4333/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2664 |
| **FIRST NIAGARA BANK**<br>POB 514<br>6950 S TRANSIT RD<br><br>LOCKPORT, NY  14095 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4024 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 1,044.72<br>COMMENT: GANDER MTN MC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1230 |
| **CAVALRY SPV I LLC - ASSIGNEE**\*\*<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br><br>TUSCON, AZ  85715 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 437.62<br>COMMENT: 6544/SCH\*CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9809 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 1,032.46<br>COMMENT: CITIBANK~THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9782 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,866.30<br>COMMENT: FR CITIBANK-DOC 53 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9599 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 1,427.50<br>COMMENT: CITIBANK~SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0742 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,194.79<br>COMMENT: FR CITIBANK-DOC 54 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8508 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 1,132.87<br>COMMENT: CITIBANK~SUNOCO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9968 |

CLAIM RECORDS  Case 15-20263-CMB    Doc 59    Filed 10/05/17    Entered 10/05/17 14:35:40    Desc
Page 5 of 6

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 3,728.62<br>COMMENT: 0034/SCH*SYNCHRONY BANK~TOYS R US | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4745 |
| **WEST PENN POWER**<br>1310 FAIRMONT AVE<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6501 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LOAN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 500.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0936 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 1,107.08<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4333 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 9.94<br>COMMENT: $CL-PL*THRU 1/15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7285 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 250.00<br>COMMENT: $PL-NTC-POSTPET FEE/EXP*REF CL*W/26 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 7285 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:1-2<br><br>CLAIM: 5,716.69<br>COMMENT: DFNCY BAL*AMD*W/1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5810 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 152.31<br>COMMENT: NT/SCH*VICTORIAS SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0848 |
| **SYNCHRONY BANK**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br><br>MIAMI, FL 33131-1605 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 78.13<br>COMMENT: NT/SCH*LOWES~GEMB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2870 |

| CLAIM RECORDS | | |
|---|---|---|
| **CREDIT ACCEPTANCE CORP*** <br> ATTN: BANKRUPTCY DEPT* <br> 25505 W 12 MILE RD STE 3000* <br> SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:31  INT %:  20.52% <br> Court Claim Number:22 <br><br> CLAIM:  10,531.03 <br> COMMENT:  C2GOV*11123.23@20.52%/PL@K*PntK*NT/SCH | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  5720 |

Case 15-20263-CMB  Doc 59  Filed 10/05/17  Entered 10/05/17 14:35:40  Desc
Page 6 of 6