## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM J. CRYTZER, JR.                          Case No. 15-20263CMB
RAMONA C. CRYTZER

          Debtor(s)
RONDA J. WINNECOUR,                              Chapter 13
Standing Chapter 13 Trustee,

          Movant                             Document No __
       vs.
SYNCHRONY BANK++

       Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The claimant's mail is being returned as undeliverable.  No change of address has been received.  The trustee has been informed that the loan may have been sold to PRA Receivables Management.  No transfer of claim has been filed.

SYNCHRONY BANK++                          Court claim# 15/Trustee CID# 30
C/O RECOVERY MANAGEMENT SYSTEMS
CORP
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

The Movant further certifies that on 11/29/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

          /s/ Ronda J. Winnecour
          RONDA J WINNECOUR PA ID #30399
          CHAPTER 13 TRUSTEE WD PA
          600 GRANT STREET
cc: debtor(s)                              SUITE 3250 US STEEL TWR
    original creditor                    PITTSBURGH, PA  15219
    putative creditor                    (412) 471-5566
    counsel for debtor(s)                cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
WILLIAM J. CRYTZER, JR., RAMONA
C. CRYTZER, 1432 CONNELLSVILLE
ROAD, LEMONT FURNACE, PA  15456

DEBTOR'S COUNSEL:
CHRISTOPHER M FRYE ESQ, STEIDL
& STEINBERG, GULF TOWER STE
2830, 707 GRANT ST, PITTSBURGH,
PA  15219

ORIGINAL CREDITOR:
SYNCHRONY BANK++, C/O
RECOVERY MANAGEMENT SYSTEMS
CORP, 25 SE 2ND AVE STE 1120,
MIAMI, FL  33131-1605

:
PRA RECEIVABLES MANAGEMENT
LLC, ATTN BANKRUPTCY DEPT, 5425
ROBIN HOOD RD STE 201,
NORFOLK, VA  23513

NEW CREDITOR: