IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William J. Crytzer, Jr. | ) | Case No.  15-20263-CMB |
| Ramona C. Crytzer, | ) | Chapter 13 |
| *Debtor(s)* | ) | Docket No. |
| | ) | |
| | ) | |
| | ) | |
| William J. Crytzer, Jr. | ) | |
| Ramona C. Crytzer, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.      The Debtors have made all payments required by the Chapter 13 Plan.

2.      Include whichever one of the two following statements applies:
The Debtors are not required to pay any Domestic Support Obligations.

3.      The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.      On November 20, 2020 at docket number 67 and 68, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Respectfully submitted,

April 14, 2020
DATE

/s/ Christopher M. Frye_____
Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402