IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | | |
| William J. Crytzer, Jr. ) | Case No. 15-20263 CMB | |
| Ramona C. Crytzer ) | | |
|    Debtor ) | Chapter 13 | |
| ) | Document No. | |
| Steidl and Steinberg, P.C. ) | | |
|    Applicant ) | | |
| ) | | |
|    vs. ) | Related to Doc. No. 69 | |
| ) | | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | | |
| Trustee, Ally Financial, Bank of America, Cabella's ) | | |
| Visa, Cavalry SPV I, LLC, JP Morgan Chase, CitiBank, ) | | |
| Credit Acceptance, Dick's/Synchrony Bank, Discover ) | | |
| Personal Loans, First Niagara Bank, GM Capital One, ) | | |
| Gander Mountain/Comenity, CitiBank, M&T Bank, ) | | |
| PNC Bank, PRA Receivables Management, PA Dept. ) | | |
| of Revenue, Portfolio Recover, Quantum 3 Group, ) | **ENTERED BY DEFAULT** | |
| Citizens Bank, Sears Credit Card, Synchrony Bank, ) | | |
| Toys R US/SYNCB, World's Foremost Bank, West ) | | |
| Penn Power ) | | |
|    Respondents ) | | |

**ORDER OF COURT**

AND NOW, to-wit this __24th__ day of __April__, 2020, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $2,000.00 for work performed in the Chapter 13 case by Debtors' counsel from December 1, 2014, to March 30, 2020.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid an $1,035.00

retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $2,965.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $6,040.00, with the total to be paid through the Plan by the Trustee being $4,965.00 (representing the $2,965.00 previously approved to be paid (as set forth above), and an additional $2,000.00 that was approved as part of the Amended Chapter 13 Plan dated July 13, 2015 (at Doc. 33) which was confirmed on August 17, 2015, (at Doc. 38),

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $2,040.00. The remaining balance is waived.

_____
Carlota M. Böhm        dmr
Chief United States Bankruptcy Court Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
4/24/20 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William J. Crytzer, Jr.
Ramona C. Crytzer
    Debtors

Case No. 15-20263-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Apr 24, 2020
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2020.
db/jdb     +William J. Crytzer, Jr.,    Ramona C. Crytzer,    1432 Connellsville Road,
               Lemont Furnace, PA 15456-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
          andygornall@latouflawfirm.com
         Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
          agilbert@tuckerlaw.com
         Christopher M. Frye    on behalf of Debtor William J. Crytzer, Jr. chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
          ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
          inberg.com
         Christopher M. Frye    on behalf of Joint Debtor Ramona C. Crytzer chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
          ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
          inberg.com
         James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
         Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9