**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William J. Crytzer Jr.**
**aka William James Crytzer**
**Ramona C. Crytzer**
**aka Ramona Christine Crytzer**
   Debtor(s)

Bankruptcy Case No.: 15−20263−CMB
Related to Doc. No. 75
Chapter: 13
Docket No.: 76 − 75

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 28th of May, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/5/20 at 10:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/13/20.**

 

                                                    Carlota M. Bohm
                                                  United States Bankruptcy Judge

cm: **All Parties**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 15-20263-CMB
William J. Crytzer, Jr.                                            Chapter 13
Ramona C. Crytzer
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                  Page 1 of 2                  Date Rcvd: May 28, 2020
                              Form ID: 408                Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db/jdb         +William J. Crytzer, Jr.,    Ramona C. Crytzer,    1432 Connellsville Road,
                Lemont Furnace, PA 15456-1000
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                Pittsburgh, Pa 15222-5413
13986799      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
13986811      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,     P.O. Box 182676,    Columbus, OH 43218)
13986800       +Cabella's Visa,    P.O. Box 82519,    Lincoln, NE 68501-2519
14027987       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
14043426       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13986807        First Niagra Bank,    PO Box 856177,    Louisville, KY 40285-6177
13986808        First Niagra Bank, N.A.,    PO Box 70219,    Philadelphia, PA 19176-0219
13986810        GM Capital One,    PO Box 71107,    Charlotte, NC 28272-1107
13990045       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13986815        Sears Credit Card,    PO Box 183081,    Columbus, OH 43218-3081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 04:52:51
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13986798        E-mail/Text: ally@ebn.phinsolutions.com May 29 2020 04:54:19      Ally Financial,
                P O Box 130424,    Roseville, MN 55113-0004
13986813        E-mail/Text: Bankruptcy.RI@Citizensbank.com May 29 2020 04:54:22      RBS Citizens,
                443 Jefferson Blvd. RJW-135,    Warwick, RI 02886
14083703       +E-mail/Text: ebnnotifications@creditacceptance.com May 29 2020 04:54:23      Credit Acceptance,
                25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13986802        E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 04:51:42      Dick's/Synchrony Bank,
                PO Box 960012,    Orlando, FL 32896-0012
13986804        E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26      Discover,    PO Box 6103,
                Carol Stream, IL 60197-6103
13986803        E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26      Discover,    PO Box 71084,
                Charlotte, NC 28272-1084
13991806        E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13986806        E-mail/Text: dplbk@discover.com May 29 2020 04:55:33      Discover Personal Loans,
                P.O. Box 6105,    Carol Stream, IL 60197-6105
13991106       +E-mail/Text: dplbk@discover.com May 29 2020 04:55:33      Discover Personal Loans,
                PO Box 30954,    Salt Lake City, UT 84130-0954
13998718        E-mail/Text: fnb.bk@fnfg.com May 29 2020 04:55:31      First Niagara Bank, N.A.,
                6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
13986809        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 29 2020 04:54:42
                Gander Mountain Mastercard/Comenity,    PO Box 659569,    San Antonio, TX 78265-9569
13986801        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 29 2020 04:52:43      Chase Freedom,
                PO Box 15123,    Wilmington, DE 19850-5123
14000187        E-mail/Text: camanagement@mtb.com May 29 2020 04:54:41      M&T BANK,    PO BOX 1288,
                Buffalo, NY 14240
13986812        E-mail/Text: camanagement@mtb.com May 29 2020 04:54:41      M&T Bank,
                1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203
14178849        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 04:51:52
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14053495        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 04:52:52
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14008962        E-mail/Text: bnc-quantum@quantum3group.com May 29 2020 04:54:48
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14669788        E-mail/Text: bnc-quantum@quantum3group.com May 29 2020 04:54:48
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14051067        E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 04:52:07      Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13986818        E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 04:51:42      Toys R Us/SYNCB,    PO Box 530939,
                Atlanta, GA 30353-0939
14055144        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2020 04:52:16
                WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13986819        E-mail/Text: support@ljross.com May 29 2020 04:54:41      West Penn Power,
                c/o LJ Ross Associates, Inc.,    PO Box 6099,    Jackson, MI 49204-6099
                                                                                               TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Lakeview Loan Servicing, LLC
```

```
District/off: 0315-2           User: dric                  Page 2 of 2                  Date Rcvd: May 28, 2020
                               Form ID: 408                Total Noticed: 35

cr*              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA   98083-0788
13986814*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Sears,    PO Box 183082,    Columbus, OH 43218-3082)
13986816*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Sunoco,    PO Box 689155,    Des Moines, IA 50368-9155)
13986817*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Sunoco,    PO Box 689155,    Des Moines, IA 50368-9155)
13986805*        Discover,   PO Box 71084,    Charlotte, NC 28272-1084
14745849*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                   Norfolk, VA 23541)
14669789*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                           TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Christopher M. Frye    on behalf of Debtor William J. Crytzer, Jr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Ramona C. Crytzer chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```