**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM J. CRYTZER, JR.
RAMONA C. CRYTZER
       Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:15-20263

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 26, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/27/2015 and confirmed on 3/5/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 107,040.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 107,040.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,965.00 | |
|    Trustee Fee | 4,418.91 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,383.91 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 39,291.76 | 0.00 | 39,291.76 |
|     Acct: 7285 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 9.94 | 9.94 | 0.00 | 9.94 |
|     Acct: 7285 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5810 | | | | |
|   RBS CITIZENS NA(*) | 1,680.58 | 1,680.58 | 261.02 | 1,941.60 |
|     Acct: 2076 | | | | |
|   CREDIT ACCEPTANCE CORP* | 10,531.03 | 10,531.03 | 4,030.13 | 14,561.16 |
|     Acct: 5720 | | | | |
| | | | | 55,804.46 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM J. CRYTZER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,965.00 | 2,965.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX0-20 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 250.00 | 250.00 | 0.00 | 250.00 |
|     Acct: 7285 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 424.04 | 424.04 | 0.00 | 424.04 |
|     Acct: XXXXXXXXXXXXBANK | | | | |
| | | | | 674.04 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3701 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 996.41 | 980.49 | 0.00 | 980.49 |
|     Acct: 2084 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4785 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 748.82 | 736.85 | 0.00 | 736.85 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5706 | | | | |
| DISCOVER BANK(*) | 3,141.09 | 3,090.91 | 0.00 | 3,090.91 |
| Acct: 1405 | | | | |
| DISCOVER BANK(*) | 925.03 | 910.25 | 0.00 | 910.25 |
| Acct: 3120 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3120 | | | | |
| DISCOVER PERSONAL LOANS** | 16,107.90 | 15,850.55 | 0.00 | 15,850.55 |
| Acct: 0019 | | | | |
| FIRST NIAGARA BANK++ | 938.74 | 499.71 | 0.00 | 499.71 |
| Acct: 2664 | | | | |
| FIRST NIAGARA BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4024 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 1,044.72 | 1,028.03 | 0.00 | 1,028.03 |
| Acct: 1230 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 437.62 | 430.63 | 0.00 | 430.63 |
| Acct: 9809 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,032.46 | 1,015.96 | 0.00 | 1,015.96 |
| Acct: 9782 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 1,866.30 | 1,836.49 | 0.00 | 1,836.49 |
| Acct: 9599 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,427.50 | 1,404.69 | 0.00 | 1,404.69 |
| Acct: 0742 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 1,194.79 | 1,175.70 | 0.00 | 1,175.70 |
| Acct: 8508 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,132.87 | 1,114.77 | 0.00 | 1,114.77 |
| Acct: 9968 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,728.62 | 3,669.04 | 0.00 | 3,669.04 |
| Acct: 4745 | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6501 | | | | |
| PNC BANK NA | 500.00 | 492.02 | 0.00 | 492.02 |
| Acct: 0936 | | | | |
| PNC BANK NA | 1,107.08 | 1,089.39 | 0.00 | 1,089.39 |
| Acct: 4333 | | | | |
| ALLY BANK(*) | 5,716.69 | 5,625.35 | 0.00 | 5,625.35 |
| Acct: 5810 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 152.31 | 149.88 | 0.00 | 149.88 |
| Acct: 0848 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 78.13 | 76.88 | 0.00 | 76.88 |
| Acct: 2870 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 41,177.59 |

TOTAL PAID TO CREDITORS                                                                97,656.09

| TOTAL | |
|---|---|
| CLAIMED | 674.04 |
| PRIORITY | 12,221.55 |
| SECURED | 42,277.08 |

Date: 05/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    WILLIAM J. CRYTZER, JR.<br>    RAMONA C. CRYTZER<br>        Debtor(s)<br><br>  Ronda J. Winnecour<br>       Movant<br>        vs.<br>  No Repondents. | Case No.:15-20263<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                  BY THE COURT:

                                                  _____
                                                  U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-20263-CMB
William J. Crytzer, Jr.                                                     Chapter 13
Ramona C. Crytzer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2          Date Rcvd: May 28, 2020
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
```
db/jdb         +William J. Crytzer, Jr.,    Ramona C. Crytzer,    1432 Connellsville Road,
                 Lemont Furnace, PA 15456-1000
cr             +Ally Financial,   Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
13986799      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
13986811      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot Credit Services,    P.O. Box 182676,    Columbus, OH 43218)
13986800       +Cabella's Visa,    P.O. Box 82519,    Lincoln, NE 68501-2519
14027987       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
14043426       +Citibank, N.A.,   701 East 60th Street North,     Sioux Falls, SD 57104-0493
13986807        First Niagra Bank,    PO Box 856177,    Louisville, KY 40285-6177
13986808        First Niagra Bank, N.A.,    PO Box 70219,    Philadelphia, PA 19176-0219
13986810        GM Capital One,    PO Box 71107,    Charlotte, NC 28272-1107
13990045       +PNC BANK, N.A.,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13986815        Sears Credit Card,    PO Box 183081,    Columbus, OH 43218-3081
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 04:52:58
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13986798        E-mail/Text: ally@ebn.phinsolutions.com May 29 2020 04:54:19      Ally Financial,
                 P O Box 130424,    Roseville, MN 55113-0004
13986813        E-mail/Text: Bankruptcy.RI@Citizensbank.com May 29 2020 04:54:22      RBS Citizens,
                 443 Jefferson Blvd. RJW-135,    Warwick, RI 02886
14083703       +E-mail/Text: ebnnotifications@creditacceptance.com May 29 2020 04:54:24      Credit Acceptance,
                 25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13986802        E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 04:52:06      Dick's/Synchrony Bank,
                 PO Box 960012,    Orlando, FL 32896-0012
13986804        E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26      Discover,   PO Box 6103,
                 Carol Stream, IL 60197-6103
13986803        E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26      Discover,   PO Box 71084,
                 Charlotte, NC 28272-1084
13991806        E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13986806        E-mail/Text: dplbk@discover.com May 29 2020 04:55:34      Discover Personal Loans,
                 P.O. Box 6105,    Carol Stream, IL 60197-6105
13991106       +E-mail/Text: dplbk@discover.com May 29 2020 04:55:34      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
13998718        E-mail/Text: fnb.bk@fnfg.com May 29 2020 04:55:31      First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
13986809        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 29 2020 04:54:42
                 Gander Mountain Mastercard/Comenity,    PO Box 659569,    San Antonio, TX 78265-9569
13986801        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 29 2020 04:52:45      Chase Freedom,
                 PO Box 15123,    Wilmington, DE 19850-5123
14000187        E-mail/Text: camanagement@mtb.com May 29 2020 04:54:41      M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
13986812        E-mail/Text: camanagement@mtb.com May 29 2020 04:54:41      M&T Bank,
                 1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203
14178849        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 04:51:52
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14053495        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 04:52:50
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14008962        E-mail/Text: bnc-quantum@quantum3group.com May 29 2020 04:54:49
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
14669788        E-mail/Text: bnc-quantum@quantum3group.com May 29 2020 04:54:49
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
14051067        E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 04:51:42      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13986818        E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 04:52:06      Toys R Us/SYNCB,    PO Box 530939,
                 Atlanta, GA 30353-0939
14055144        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2020 04:52:16
                 WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,   LINCOLN, NE 68501-2609
13986819        E-mail/Text: support@ljross.com May 29 2020 04:54:41      West Penn Power,
                 c/o LJ Ross Associates, Inc.,    PO Box 6099,    Jackson, MI 49204-6099
                                                                                              TOTAL: 23

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
```

```
District/off: 0315-2           User: dric                  Page 2 of 2                  Date Rcvd: May 28, 2020
                               Form ID: pdf900             Total Noticed: 35

cr*              Quantum3 Group LLC as agent for,    MOMA Funding LLC,     PO Box 788,    Kirkland, WA  98083-0788
13986814*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Sears,    PO Box 183082,    Columbus, OH 43218-3082)
13986816*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Sunoco,    PO Box 689155,    Des Moines, IA 50368-9155)
13986817*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Sunoco,    PO Box 689155,    Des Moines, IA 50368-9155)
13986805*        Discover,    PO Box 71084,    Charlotte, NC 28272-1084
14745849*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,
                   Norfolk, VA 23541)
14669789*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,     PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Christopher M. Frye    on behalf of Debtor William J. Crytzer, Jr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Ramona C. Crytzer chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 9
```