**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM J. CRYTZER, JR.
    RAMONA C. CRYTZER
        Debtor(s)

  Ronda J. Winnecour
        Movant
       vs.
  No Repondents.

Case No.: 15-20263

Chapter 13

Document No.: 75

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 14th day of July, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
7/14/20 2:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 15-20263-CMB
William J. Crytzer, Jr.                                                 Chapter 13
Ramona C. Crytzer
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                  Page 1 of 2                  Date Rcvd: Jul 14, 2020
                               Form ID: pdf900             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db/jdb         +William J. Crytzer, Jr.,    Ramona C. Crytzer,    1432 Connellsville Road,
                 Lemont Furnace, PA 15456-1000
cr             +Ally Financial,   Tucker Arensberg, P.C.,     c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
13986799      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
13986811      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,     P.O. Box 182676,    Columbus, OH 43218)
13986800       +Cabella's Visa,   P.O. Box 82519,    Lincoln, NE 68501-2519
14027987       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
14043426       +Citibank, N.A.,   701 East 60th Street North,     Sioux Falls, SD 57104-0493
13986807        First Niagra Bank,    PO Box 856177,    Louisville, KY 40285-6177
13986808        First Niagra Bank, N.A.,    PO Box 70219,    Philadelphia, PA 19176-0219
13986810        GM Capital One,   PO Box 71107,    Charlotte, NC 28272-1107
13990045       +PNC BANK, N.A.,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13986815        Sears Credit Card,    PO Box 183081,    Columbus, OH 43218-3081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 05:03:55
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13986798        E-mail/Text: ally@ebn.phinsolutions.com Jul 15 2020 04:51:07     Ally Financial,
                 P O Box 130424,   Roseville, MN 55113-0004
13986813        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 15 2020 04:51:08     RBS Citizens,
                 443 Jefferson Blvd. RJW-135,    Warwick, RI 02886
14083703       +E-mail/Text: ebnnotifications@creditacceptance.com Jul 15 2020 04:51:09     Credit Acceptance,
                 25505 West Twelve Mile Rd,    Suite 3000,   Southfield MI 48034-8331
13986802        E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 05:03:50     Dick's/Synchrony Bank,
                 PO Box 960012,   Orlando, FL 32896-0012
13986804        E-mail/Text: mrdiscen@discover.com Jul 15 2020 04:51:11     Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
13986803        E-mail/Text: mrdiscen@discover.com Jul 15 2020 04:51:11     Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
13991806        E-mail/Text: mrdiscen@discover.com Jul 15 2020 04:51:11     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
13986806        E-mail/Text: dplbk@discover.com Jul 15 2020 04:52:00     Discover Personal Loans,
                 P.O. Box 6105,   Carol Stream, IL 60197-6105
13991106       +E-mail/Text: dplbk@discover.com Jul 15 2020 04:52:00     Discover Personal Loans,
                 PO Box 30954,   Salt Lake City, UT 84130-0954
13998718        E-mail/Text: fnb.bk@fnfg.com Jul 15 2020 04:51:58    First Niagara Bank, N.A.,
                 6950 South Transit Road,   PO Box 514,    Lockport NY  14095-0514
13986809        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 15 2020 04:51:25
                 Gander Mountain Mastercard/Comenity,    PO Box 659569,    San Antonio, TX 78265-9569
13986801        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 15 2020 05:03:01    Chase Freedom,
                 PO Box 15123,   Wilmington, DE 19850-5123
14000187        E-mail/Text: camanagement@mtb.com Jul 15 2020 04:51:22     M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
13986812        E-mail/Text: camanagement@mtb.com Jul 15 2020 04:51:22     M&T Bank,
                 1 Fountain Plaza, 3rd Floor,    Buffalo, NY 14203
14178849        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 05:03:56
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14053495        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 05:03:56
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14008962        E-mail/Text: bnc-quantum@quantum3group.com Jul 15 2020 04:51:31
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
14669788        E-mail/Text: bnc-quantum@quantum3group.com Jul 15 2020 04:51:31
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
14051067        E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 05:03:02     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13986818        E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2020 05:03:48     Toys R Us/SYNCB,    PO Box 530939,
                 Atlanta, GA 30353-0939
14055144        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 15 2020 05:03:02
                 WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13986819        E-mail/Text: support@ljross.com Jul 15 2020 04:51:22     West Penn Power,
                 c/o LJ Ross Associates, Inc.,    PO Box 6099,   Jackson, MI 49204-6099
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
```

```
District/off: 0315-2              User: mgut                  Page 2 of 2                   Date Rcvd: Jul 14, 2020
                                  Form ID: pdf900             Total Noticed: 35

cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13986814*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Sears,    PO Box 183082,    Columbus, OH 43218-3082)
13986816*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Sunoco,    PO Box 689155,    Des Moines, IA 50368-9155)
13986817*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Sunoco,    PO Box 689155,    Des Moines, IA 50368-9155)
13986805*       Discover,    PO Box 71084,    Charlotte, NC 28272-1084
14745849*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541)
14669789*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                                TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial brett.solomon@solomon-legal.com
              Christopher M. Frye    on behalf of Debtor William J. Crytzer, Jr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Ramona C. Crytzer chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9